NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INFOSINT S.A.,**

*Plaintiff-Appellant,*

v.

**H. LUNDBECK A/S, LUNDBECK, INC.,
FOREST LABORATORIES, INC.,
and FOREST PHARMACEUTICALS, INC.,**

*Defendants-Appellees.*

---

2010-1429

---

Appeal from the United States District Court for the Southern District of New York in No. 06-CV-2869, Judge Lewis A. Kaplan.

---

**JUDGMENT**

---

JAMES GALBRAITH, Kenyon & Kenyon, LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were MARIA LUISA PALMESE, WALTER E. HANLEY, JR., JOHN R. KENNY, and MERRI C. MOKEN.

PETER J. ARMENIO, Quinn, Emanuel, Urquhart & Sullivan, LLP, of New York, New York, argued for defendants-appellees. Of counsel on the brief were ELLEN A. SCORDINO and BENJAMIN A. LASKY, Kirkland & Ellis, LLP, of New York, New York.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2011          /s/ Jan Horbaly
Date                        Jan Horbaly
                             Clerk